[No. 18340–1–I.   Division One.   January 6, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CURTIS COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–03365–1, Herbert M. Stephens, J., entered March 31, 1986. *Affirmed* by unpublished opinion

per Grosse, J., concurred in by Ringold, A.C.J., and Pekelis, J.